UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

AMANJOT SINGH,

Petitioner,

v.

WARDEN *et al.*,

Respondents.

CAUSE NO. 3:26cv772 DRL-SJF

ORDER

Amanjot Singh, by counsel, asks the court to dismiss his habeas petition and close this case. In his habeas petition, Mr. Singh argued his mandatory detention under 8 U.S.C. § 1225(b)(2) violated his constitutional rights. The respondents now concede that Mr. Singh is detained under 8 U.S.C. § 1226(a) and is eligible for a custody redetermination hearing. Mr. Singh says he has elected to pursue that available remedy rather than continue litigating this case and requests dismissal without prejudice.

For these reasons, the court DISMISSES without prejudice Mr. Singh's petition for a writ of habeas corpus (ECF 1), DENIES AS MOOT his motion for a ruling on his habeas petition (ECF 13), and DIRECTS the clerk to close this case.

SO ORDERED.

October 9, 2026

*s/ Damon R. Leichty*
Judge, United States District Court